George E. Hagenbuch et al., Trustees, et al.; *Mr. Shelton Pitney* for the Bondholders' Protective Committee for the Northern Ohio Ry. Co. First Mortgage Bonds; and *Mr. George C. Sharp* for the Bondholders' Committee for the Akron, C. & Y. Ry. Co. General and Refunding Mortgage Bonds,—respondents.

No. 757. FITZGERALD *v.* KANSAS ET AL. April 19, 1943. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Edward R. Fitzgerald, pro se.*

No. 801. CORKUM *v.* NEW YORK. April 19, 1943. Petition for writ of certiorari to the Supreme Court of New York denied. *Arthur Corkum, pro se.*

No. 822. TROTT *v.* McDONOUGH MOTOR EXPRESS CO., INC. ET AL. April 19, 1943. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Mr. Horace C. Wilkinson* for petitioner. *Mr. George Butler* for respondents.

No. 915. ERICKSON *v.* MAYO, STATE PRISON CUSTODIAN. April 19, 1943. Petition for writ of certiorari to the Supreme Court of Florida denied. *Charles Erickson, pro se.*

No. 514. UNITED STATES *v.* FRENCH BAUER, INC. ET AL. February 1, 1943.